Not considered. The application was not timely filed. See Art. 7, Sect. 11, La.Const.

■

270 So.2d 126

**STATE of Louisiana ex rel.**
**Thankful FEAZEL**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 53057.

Dec. 21, 1972.

Writ refused. The relator previously appealed his case to this Court. See State v. Feazel, 263 La. 134, 267 So.2d 548 (1972). In this petition relator reurges matters already disposed of in the appeal. This he cannot do. See State ex rel. Barksdale v. Dees, 252 La. 434, 211 So.2d 318.